UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25 CR 250 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| CARLOS ALBERTO CUEVAS-GARCIA, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge James E. Grimes, regarding the change of plea hearing of Carlos Alberto Cuevas-Garcia, which was referred to the Magistrate Judge with the consent of the parties.

On May 14, 2025 the government filed a 1 count Indictment, charging Defendant Cuevas-Garcia with, Felon in Possession of a Firearm and Ammunition, in violation of Title 18 U.S.C. §§ 922 (g)(1) and 924 (a)(8). On May 27, 2025, Magistrate Judge Amanda M. Knapp held an arraignment, at which time Mr. Cuevas-Garcia entered a plea of not guilty to the charges. On September 11, 2025 Magistrate Judge Grimes received Defendant's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Carlos Alberto Cuevas-Garcia is found to be competent to enter a plea and to understand his

constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Carlos Alberto Cuevas-Garcia is adjudged guilty to count 1 of the Indictment in violation of Title 18 U.S.C. §§ 922 (g)(1) and 924(a)(8). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on December 18, 2025 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

September 25, 2025